Teresa S. Renaker, State Bar No. 187800
trenaker@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 – 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

*Attorneys for Defendant Kerry Condon*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD STANCAVAGE, on behalf of himself and a Class of others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KERRY CONDON, in his individual capacity,<br><br>                    Defendant. | Case No. 8:14-cv-00201-DOC-DFM<br><br>**FINAL JUDGMENT** [25] |

Pursuant to the Court's Order Granting Motion to Dismiss (ECF No. 24),

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:     July 8  , 2014

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge